IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK CHRISTOPHER
ADC #113485                                                                                          PLAINTIFF

V.                              CASE NO. 5:10CV00141 JMM/BD

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                       DEFENDANTS

## ORDER

The Court has screened Plaintiff's Amended Complaint (docket entry #14) under 28 U.S.C. § 1915(e). In his Amended Complaint, Plaintiff alleges that Defendants Tucker and Cole failed to properly restrain inmate Walker, who attacked and injured Plaintiff. In addition, Plaintiff claims that Defendant Cole slammed Plaintiff onto the floor after the altercation with inmate Walker, causing Plaintiff to sustain further injuries.

For screening purposes, Plaintiff has stated a failure-to-protect claim against Defendants Tucker and Cole, and an excessive-force claim against Defendant Cole. Service is now proper for these Defendants. Service is not appropriate for the Arkansas Department of Correction.

The Clerk of Court is directed to prepare a summons for Defendants Tucker and Cole, and the United States Marshal is directed to serve copies of the Complaint and Amended Complaint with any attachments (docket entries #2 and #14), and a summons for each Defendant through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 9th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE