IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK CHRISTOPHER,
ADC #113485                                                                          PLAINTIFF

V.                                  NO. 5:10CV00141-JMM-BD

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                    DEFENDANTS

### ORDER

Summons as to Defendant B. Cole has been returned unexecuted. The Arkansas Department of Correction ("ADC") states that Mr. Cole is no longer an employee of the ADC and has provided Mr. Cole's last-known address, filed under seal. (Docket entry #27)

Accordingly, the Clerk of the Court is directed to re-issue a Summons for this Defendant at his last-known address as provided under seal. The United States Marshal is directed to serve copies of the Complaint, Addendum to Complaint, and Amended Complaint (#1, #5, #14) with any attachments, and a Summons for this Defendant, without prepayment of fees, costs or security.

IT IS SO ORDERED this 12th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE