**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RODERICK CHRISTOPHER**
**ADC #113485**                                                                                    **PLAINTIFF**

**V.**               **CASE NO. 5:10CV00141 JMM/BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*               **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against the Arkansas Department of Correction are DISMISSED with prejudice. Plaintiff's complaint remains pending against the remaining defendants.

IT IS SO ORDERED, this   16   day of   July  , 2010.


_____
UNITED STATES DISTRICT JUDGE