IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODERICK CHRISTOPHER**                                                                       **PLAINTIFF**

**V.**                                        **CASE NO.  5:10CV000141 JMM**

**ARKANSAS DEPARTMENT OF CORRECTIONS, ET AL.**                     **DEFENDANTS**

**ORDER**

Plaintiff filed a Motion for Extension of Time to make additional objections to Magistrate Judge Beth Deere's Partial Report and Recommendation which dismissed the Arkansas Department of Corrections as a defendant in the above styled case. The Court granted that motion and gave plaintiff up to, and including, July 12, 2010, to file his additional objections.

On July 16, 2010, the Court adopted the Magistrate Judge's Report and Recommendation as its own and dismissed plaintiff's claims against the Arkansas Department of Correction with prejudice. Subsequent to the entry of the Court's Order, plaintiff's additional objections were filed with the Clerk of the Court. The Court has reviewed those objections and finds that they are without merit.

**IT IS SO ORDERED THIS   20    day of   July   , 2010.**

**James M. Moody**
**United States District Judge**