4IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODERICK CHRISTOPHER**
**ADC #113485**                                                                                   **PLAINTIFF**

**V.**             **CASE NO. 5:10CV00141 JMM/BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*            **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's motion to amend (docket entry #33) is DENIED.

IT IS SO ORDERED, this   4   day of   August  , 2010.

_____
UNITED STATES DISTRICT JUDGE