IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RODERICK CHRISTOPHER
ADC #113485                                                                                       PLAINTIFF

V.                          CASE NO. 5:10CV00141 JMM/BD

ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere and has reviewed the entire record *de novo*. Even after considering Mr. Christopher's objections, the Court concludes that the recommendation is correct and should be approved.

The Recommended Disposition is approved and adopted as this Court's own, in all respects. Accordingly, David Tucker and Barry Cole's motion for summary judgment (docket entry #54) is GRANTED, and Roderick Christopher's claims are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this   9   day of    May   , 2011.

_____
UNITED STATES DISTRICT JUDGE