IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODERICK CHRISTOPHER**
**ADC #113485**                                                                 **PLAINTIFF**

**V.**            **CASE NO. 5:10CV00141 JMM/BD**

**ARKANSAS DEPARTMENT OF CORRECTION,** *et al.*            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this  9  day of  May , 2011.

_____
UNITED STATES DISTRICT JUDGE